**Fill in this information to identify your case:**

Debtor 1  **Linwood Oneal Fisher**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number  **13-35357**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Linwood Oneal Fisher**                      X _____
**Linwood Oneal Fisher**                              Signature of Debtor 2
Signature of Debtor 1

Date  **April 29, 2016**                              Date

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1: **Linwood Oneal Fisher**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number: **13-35357**
(if known)

■ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bayview Financial Loan**<br><br>Description of property securing debt: **Real Estate Location: 3910 Orion Court, Henrico VA 23231** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**In re Belanger, 962 F.2d 345; In re Wilson, 372 B.R. 816** | ■ No<br>☐ Yes |
| Creditor's name: **Homeplus Fin**<br><br>Description of property securing debt: **Real Estate Location: 3910 Orion Court, Henrico VA 23231** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**In re Belanger, 962 F.2d 345; In re Wilson, 372 B.R. 816** | ■ No<br>☐ Yes |
| Creditor's name: **Va Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a | ■ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| Debtor 1 | **Linwood Oneal Fisher** | Case number (*if known*) | **13-35357** |
|---|---|---|---|

| Description of property securing debt: | **2011 Chevrolet Suburban 22,000 miles** **Location: 3910 Orion Court, Henrico VA 23231** | *Reaffirmation Agreement.* ☐ Retain the property and [explain]: |
|---|---|---|

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Linwood Oneal Fisher**
**Linwood Oneal Fisher**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **April 29, 2016**

Date _____

.

```
AT&T Wireless
POB 8220
Aurora, IL 60572-8220


Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899


Bayview Financial Loan
4425 Ponce De Leon Blvd
5th Fl
Miami, FL 33146


BCC Financial Mgmt Services
3230 W. Commercial Blvd
Suite 200
Fort Lauderdale, FL 33309


Bon Secour Richmond Health Sys
PO Box 28538
Henrico, VA 23228


Commonwealth of Virginia
Dept of Taxation
PO 2369
Richmond, VA 23218


Commonwealth Radiology
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230


Credit Collection Service
Two Wells Avenue
Dept. 9136
Newton Center, MA 02459


Credit Control Corporation
P.O. Box 120568
Newport News, VA 23612-0568


Department of Treasury
Internal Revenue Service
P.O. Box 57
Bensalem, PA 19020
```

```
Diversified Consultants, Inc
PO Box 1391
Southgate, MI 48195


Fingerhut Advantage
PO Box 166
Newark, NJ 07101-0166


Firstsource
7650 Magna Drive
Belleville, IL 62223


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gecrb/Lowes
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Homeplus Fin
2143 S Sepulveda B
Los Angeles, CA 90025


Horizon Financial Mgt
8585 S. Broadway
Suite 880
Merrillville, IN 46410


Labcorp
1447 York Court
Burlington, NC 27215


LCA Collections
PO Box 2240
Burlington, NC 27216


MCV Physicians
1065 Rhoadmiller St.
Richmond, VA 23220-1100
```

```
MCV Physicians
1601 Willow Lawn Drive
Suite 275
Richmond, VA 23230-3422


Memorial Regional Hospital
8266 Atlee Road
Mechanicsville, VA 23116


Memorial Regional Med Cen
8260 Atlee Road
Mechanicsville, VA 23116


One Advantage LLC
7650 Magna Drive
Belleville, IL 62223


One Hampton Medical
PO Box 3475
Toledo, OH 43607-0475


POM Recoveries
P.O. Box 602
Lindenhurst, NY 11757


Richmond Ambulance Auth
PO 26286
Richmond, VA 23260


Richmond Nephrology Assoc
671 Hioaks Rd Ste B
Richmond, VA 23225


Shell Oil / Citibank
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Spinella, Owings & Shaia
8550 Mayland Dr
Richmond, VA 23294


SunTrust Bank/Fiserve
PO Box 202446
Dallas, TX 75320-2446
```

```
Tmobile
PO Box 660252
Dallas, TX 75266


United Consumers, Inc.
P.O. Box 4466
Woodbridge, VA 22194


Va Credit Union
Po Box 90010
Richmond, VA 23225


VCU Health System
P.O. Box 758997
Baltimore, MD 21275


VCU Health System
PO Box 758721
Baltimore, MD 21275-8721


Verizon
P.O. Box 17577
Baltimore, MD 21297


Virginia Cu
Po Box 90010
Richmond, VA 23225
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Linwood Oneal Fisher**　　　　　　　　　　　　　　　　Case No. **13-35357**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☐ Schedule A/B - Property
- ☐ Schedule C - The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☐ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  (*$30.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.) **Check applicable statement(s):**
    - ☐ Creditor(s) added　　☐ Creditor(s) deleted
    - ☐ Change in amounts owed or classification of debt
    - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
    - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Your Income
- ☐ Schedule J - Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- ☐ Statement of Financial Affairs
- ☑ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  see attached.

Date: **April 29, 2016**

　　　　　　　　　　　　　　　　　　　/s/ Keith A. Pagano, Esq.
　　　　　　　　　　　　　　　　　　　**Keith A. Pagano, Esq.**
　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
　　　　　　　　　　　　　　　　　　　State Bar No.: **47845**
　　　　　　　　　　　　　　　　　　　Mailing Address: **Pagano & Marks, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**4510 S. Laburnum Ave**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Richmond, VA 23231**
　　　　　　　　　　　　　　　　　　　Telephone No.: **(804) 447-1002**

[amendcs ver. 12/15]